```
 1  VIRGIL M. LORENZO
 2  PSC 559 BOX 5288
 3  FPO AP 96377
```

FILED
DISTRICT COURT OF GUAM
NOV 21 2005 ₁ρ
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CV- 05-00035

VIRGIL M. LORENZO )
      PLAINTIFF )
VS ) COMPLAINT
DONALD RUMSFELD )
      DEFENDANT )

## JURISDICTION

Per instruction of the Equal Employment Opportunity Commission, EEOC Docket 05A50956, this case is referred to the Guam U.S. District Court for further consideration.

## COMPLAINT

In December 2000, I was not selected to teach Spanish at Kadena High School, Okinawa, Japan. Then I discovered that on my application file a principal wrote: NOT RECOMMENDED FOR REHIRE. He never was my principal. I allege race and age discrimination and reprisal.

## DEMAND

Relief in the form of a teaching position retroactive from December, 2000, and exemplary damages of $950,000.

*Virgil M. Lorenzo*

Tel: 81 98 965 7813