UNITED STATES DISTRICT COURT

District of Guam

FILED
DISTRICT COURT OF GUAM
NOV 21 2005 ᾳρ
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| Virgil M. Lorenzo | ) | APPLICATION TO PROCEED WITHOUT |
| | ) | PREPAYMENT OF FEES AND AFFIDAVIT |
| Plaintiff | ) | |
| | ) | |
| Vs | ) | CASE NO. CV-05-00035 |
| | ) | |
| Donald Rumsfeld, | ) | |
| Secretary of Defense | ) | |
| Respondent | ) | |

I, Virgil M. Lorenzo, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC Art. 1915, I declare that I am unable to pay the cost of this proceeding and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? - No

2. Are you currently employed?    -Yes. Substitute teacher, Bechtel Elementary School, Okinawa, Japan. Last take home pay was an amount of $45 in June, 2005.

3. In the last 12 months have you received any money from the following sources?

    a. Business, profession, or other self-employment. – Yes, from substitute teaching, a total of $1,290. I expect to continue to receive $100 a month.

    b. Rent payments, royalties, interest, or dividends. – No. But I am co-signatory to my wife's bank and investment accounts and we file joint tax returns.

c. Pensions, annuities, or life insurance. - No.

d. Disability or worker compensation. – No.

e. Gifts or inheritance. – No

f. Spousal or child support. – Yes, on the average of $600 a month, for food, clothing, shelter and miscellaneous expense to run PEACE Schools International, a non-profit NGO. I expect to continue receiving the same amount.

g. Any other sources. – No.

4. Do you have any cash, or checking, or saving accounts? -No. But I am co-signatory in my wife's checking and savings accounts where her salary is automatically deposited.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobile or any other thing of value? - Yes. I have residential lots in Texas in my name that may be worth $17,000.

6. List the persons who are dependent on your support, state your relationship and how much you contribute to their support. - None.

I declare under penalty of perjury that the above information is true and correct.

Nov/7/2005
Date

Virgil M. Lorenzo, applicant
PSC 559 BOX 5288
FPO AP 96377
Tel: 81 98 965 7813
Cell: 81 801 704 4305