## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **Virgil M. Lorenzo,**<br><br>Plaintiff,<br><br>vs.<br><br>**Donald Rumsfield, et al.,**<br><br>Defendant. | **Case No: 1:05-cv-00035** |

The following individual wase served by first class mail on December 9, 2005:

    Virgil M. Lorenzo, PSC 559 Box 5288, FPO AP 96377

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order Denying Application to Proceed without Prepayment of Fees filed December 8, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 9, 2005            /s/ Renee M. Martinez
                                                                   Deputy Clerk