# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Virgil M. Lorenzo,**  Plaintiff,  vs.  **Donald Rumsfield,**  Defendant. | **Case No: 1:05-cv-00035** |

The following entities were served by first class mail on February 2, 2006:

Virgil M. Lorenzo
PSC 559 Box 5288
FPO AP 96377

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

Scheduling Notice filed February 2, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 2, 2006                     /s/ Virginia T. Kilgore
                                            Deputy Clerk