ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| VIRGIL M. LORENZO, | CIVIL CASE NO. 05-00035 |
| Plaintiff, | |
| vs. | |
| DONALD RUMSFELD, | CERTIFICATE OF SERVICE |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on 22nd of April 2006, I caused to be served by U.S. Postal Service express mail the following document: "Defendant's Motion To Dismiss; and Objection To The IFP", in the above entitled cause to the following Pro Se:

Virgil M. Lorenzo
PSC 559 Box 5288
FPO AP 96377

_____
FRANCES B. LEON GUERRERO
Legal Assistant