**ORIGINAL**

1 LEONARDO M. RAPADAS
  United States Attorney
2 MIKEL W. SCHWAB
  Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
  108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
  TEL: (671) 472-7332
5 FAX: (671) 472-7215

6 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

7                    IN THE UNITED STATES DISTRICT COURT

8                                      FOR THE

9                                DISTRICT OF GUAM

10 VIRGIL M. LORENZO,                     )    CIVIL CASE NO. 05-00035
                                          )
11                 Plaintiff,             )
                                          )
12      vs.                               )
                                          )
13 DONALD RUMSFELD, Secretary of          )    CERTIFICATE OF SERVICE
   Defense,                               )
14                                        )
                                          )
15                 Defendant.             )
   _____)

16

17      I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's

18 Office, hereby certify that on 24th of May 2006, I caused to be served by U.S. Postal Service

19 express mail the following document: "Respondent's Reply to Plaintiff's Opposition to

20 Respondent's Motion to Dismiss", in the above entitled cause to the following Pro Se:

21         Virgil M. Lorenzo
           PSC 559 Box 5288
22         FPO AP 96377

23

24                                    _____
                                      FRANCES B. LEON GUERRERO
25                                    Legal Assistant

26

27

28