LEONARDO M. RAPADAS
United States Attorney

MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| VIRGIL M. LORENZO,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD RUMSFELD,<br><br>    Defendant. | CIVIL CASE NO. 05-00035<br><br>CERTIFICATE OF SERVICE |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that a copy of the Defendant's 2nd Reply to Plaintiff's 2nd Opposition to Defendant's Motion to Dismiss in the above-captioned case was packaged for U.S. Express mailing on June 12, 2006 and metered with the date of June 13, 2006 as required for afternoon metering in this office and was sent to:

Virgil M. Lorenzo
PSC 559, Box 5288
FPO AP 96377

Dated: June 12, 2006

*Marie Chenery*
MARIE CHENERY
Paralegal

**ORIGINAL**