# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Virgil M. Lorenzo,<br><br>    Plaintiff,<br><br>  vs.<br><br>Donald Rumsfeld,<br><br>    Defendant. | Case No. 1:05-cv-00035<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order Denying Motion to Dismiss and Notice of Entry, filed on June 13, 2006, on the dates indicated below:

U.S. Attorney's Office
June 14, 2006

The following individual was served by first class mail on June 14, 2006:

 Virgil Lorenzo
 PSC 559 Box 5288
 FPO AP 96377

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Denying Motion to Dismiss and Notice of Entry, filed on June 13, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: June 14, 2006 | /s/ Renee M. Martinez<br>  Deputy Clerk |